CORRECTED

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40508
Conference Calendar
_____


THOMAS C. SAWYER, JR.,

                                        Plaintiff-Appellant,

versus

SHERIFF J. P. LUBY,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-90-CV-176
- - - - - - - - - -
June 16, 1999

Before EMILIO M. GARZA, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Thomas C. Sawyer, Jr., Texas prisoner #579557, seeks leave

to proceed in forma pauperis (IFP), following the district

court's certification that his appeal from the denial of his

application for attorney's fees and costs was not taken in good

faith.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Sawyer contends that, as the prevailing party in his 42 U.S.C. § 1983 action, he is entitled to attorney's fees. However, as a <u>pro se</u>, litigant, he is not entitled to attorney's fees for prosecuting this suit under § 1983.  <u>See</u> <u>Cofield v. City of Atlanta</u>, 648 F.2d 986, 987-88 (5th Cir. 1981).

Because Sawyer fails to show that he will raise a nonfrivolous issue on appeal, his motion to proceed IFP is DENIED.  <u>See</u> <u>Howard v. King</u>, 707 F.2d 215, 220 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED.  5TH CIR. R. 42.2.  The dismissal of this appeal as frivolous counts as a strike for purposes of 28 U.S.C. § 1915(g).  We caution Sawyer that once he accumulates three strikes, he may not proceed IFP in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury.  <u>See</u> 28 U.S.C. § 1915(g).

IFP DENIED; APPEAL DISMISSED; WARNING ISSUED.